**Paul Ed NEWTON, a/k/a Paul E. Newton, Petitioner–Appellant,**

**v.**

**G.K. WASHINGTON, Warden; Buckingham Correctional Center, Respondents–Appellees.**

No. 02–7251.

United States Court of Appeals, Fourth Circuit.

Submitted Nov. 5, 2002.

Decided Dec. 4, 2002.

Paul Ed Newton, Appellant Pro Se. John H. McLees, Jr., Office of the Attorney General of Virginia, Richmond, Virginia, for appellees.

Before NIEMEYER, TRAXLER, and KING, Circuit Judges.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

Paul Ed Newton seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find Newton has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c). Accordingly, we deny a certificate of appealability and dismiss the appeal for the reasons stated by the district court. *See Newton v. Washington,* No. CA–01–477–7 (W.D.Va. Aug. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*